## MOTION DOCKET

**96–1628. Garnett v. Public Storage.**
Cuyahoga App. No. 67458. On statement of fees and costs. Fees and costs granted in the amount requested, $1,840.63.

**96–1828. Justice v. Hurley.**
Franklin App. No. 95APD07–918. On motion to strike appendix to appellee brief, related argument and cases cited, and statement made at oral argument. Motion denied.
LUNDBERG STRATTON, J., not participating.

**97–226. State v. Harrington.**
Lorain App. No. 95CA006114. On motion for leave to file delayed appeal. Motion denied.
RESNICK, J., dissents.

**97–309. State v. Ware.**
Hamilton App. No. C–950939. On motion for leave to file delayed appeal. Motion denied.

**97–339. State v. McKnight.**
Cuyahoga App. No. 62808. On motion for leave to file delayed appeal. Motion denied.
DOUGLAS, J., dissents.

**97–340. State v. Cole.**
Cuyahoga App. No. 96CA18. On motion for leave to file delayed appeal. Motion denied.
RESNICK and LUNDBERG STRATTON, JJ., dissent.

**97–355. State v. Reed.**
Hamilton App. No. C–950682. On motion for leave to file delayed appeal. Motion denied.
RESNICK, J., dissents.

**97–378. State v. Cheirs.**
Mahoning App. No. 95 C.A. 139. On motion for leave to file delayed appeal. Motion denied.
RESNICK and LUNDBERG STRATTON, JJ., dissent.